JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

JOEL GARCIA,

                          Petitioner,

              v.

WARDEN, FCI TERMINAL ISLAND,

                          Respondent.

Case No. 2:25-cv-08928-SRM-AGR

**JUDGMENT**

Pursuant to the Order of Dismissal, **IT IS ADJUDGED** that the Petition for Writ of Habeas Corpus in this matter is **DENIED** and summarily **DISMISSED** for lack of jurisdiction.

**IT IS SO ORDERED.**

Dated: February 12, 2026

HON. SERENA R. MURILLO
UNITED STATES DISTRICT JUDGE

-1-